Opinion filed March 22, 2007 
















 
 
  
 
 







 
 
  
 
 




Opinion filed March 22, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00246-CV 

                                                    __________

 

                      PAUL W. HANNEMAN D/B/A CLOUD NINE AND 

      EMERALD
INFINITY TETONS, INC., Appellants

 

                                                             V.

 

                  JAGUARS
GOLD CLUB TYE, TEXAS ET AL, Appellees

 



 

                                         On
Appeal from the 350th District Court

 

                                                          Taylor
County, Texas

 

                                                   Trial
Court Cause No. 7780-D

 



 

                                              M
E M O R A N D U M   O P I N I O N








On
August 15, 2006, the trial court signed its judgment granting appellees plea to
the jurisdiction and dismissing appellants= claims. 
Appellants filed their notice of appeal on September 13, 2006.  The clerk=s
record was filed in this court on October 2, 2006.  The filing fee has been paid.  

Appellants
have failed to respond in writing as requested in this court=s letters of October 2, 2006, and February
23, 2007.  Appellants have indicated in
two phone calls that they no longer desire to continue this appeal.  Appellants have failed to file a motion to
dismiss, failed to file a reporter=s record, and failed to file a response
showing grounds for continuing their appeal.

Therefore,
this appeal is dismissed.  Tex. R. App. P. 42.3.

 

PER
CURIAM

 

March 22, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.